UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Monica Ely,

    Plaintiff,

-vs-

Ron Foster, Arlene Emmie and
Kaman Co.,

    Defendants.
_____/

CIVIL ACTION NO. 05-70749

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

**FILED**

AUG 3 - 2005

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

<u>ORDER (1) ACCEPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION AND (2) GRANTING DEFENDANTS' MOTION TO
DISMISS AND/OR FOR SUMMARY JUDGMENT AS TO THE INDIVIDUAL
DEFENDANTS RON FOSTER AND ARLENE EMMIE</u>

The Court has reviewed the Magistrate Judge's Report and Recommendation, filed on June 22, 2005, as well as any objections filed thereto.

**IT IS ORDERED** that the Report and Recommendation is accepted and entered as the findings and conclusions of this Court, and that Defendants' Motion for Summary Judgment as to the individual Defendants Ron Foster and Arlene Emmie is GRANTED.

_____
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

DATED: AUG 3 2005